**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TODD TARGGART, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>NEXT BRIDGE HYDROCARBONS, INC., KEN RICE, GEORGE PALIKARAS, ROBERT L. COOK, CLIFTON DUBOSE, JR., JOSEPH DEWOODY, LUCAS T. HAWKINS, DELVINA OELKERS, MIA PITTS, KRISTIN WHITLEY, and GREGORY MCCABE,<br><br>      Defendants. | Case No.: 1:24-cv-01927-FB-JAM<br><br>Hon. Frederic Block |

**NOTICE OF MOTION OF THE NBH INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Todd Targgart, Steven Martinez, and Mohammed Limon (the "NBH Investor Group") respectfully moves this Court for an order: (1) appointing the NBH Investor Group as Lead Plaintiff in the above-captioned action (the "Action") pursuant to § 27 of the Securities Act of 1933 ("Securities Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and (2) approving the NBH Investor Group's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

The NBH Investor Group seeks appointment as lead plaintiff and approval of its choice of counsel pursuant to the Securities Act, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached Memorandum of Law, the Declaration of Adam M. Apton in support thereof, and the Court's complete files and records in this action, as well as such

further argument as the Court may allow at a hearing on this motion.


Dated: May 14, 2024                          Respectfully Submitted,


                                             **LEVI & KORSINSKY, LLP**

                                             By: */s/ Adam M. Apton*
                                             Adam M. Apton (AS-8383)
                                             33 Whitehall Street, 17th Floor
                                             New York, NY 10004
                                             Tel: (212) 363-7500
                                             Fax: (212) 363-7171
                                             Email: aapton@zlk.com

                                             *Lead Counsel for the NBH Investor Group*
                                             *and [Proposed] Lead Counsel for the Class*