# EXHIBIT A

DocuSign Envelope ID: 5C05976C-28FE-4051-A0AC-AE39FA36E754

# AMENDED CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Todd Targgart, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action and adopt its allegations.

2. I did not purchase and/or acquire the security that is the subject of this action at the direction of counsel or in order to participate in this action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My acquisitions of Next Bridge Hydrocarbons, Inc., shares, which are the subject of this litigation, are:

   12/13/2022    16,500 shares exchanged from Meta Materials Preferred Stock (CUSIP 59134N203 to CUSIP 591994371)

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case. However, I was named as an additional plaintiff in *In re Meta Materials Inc. Sec. Litig.*, No. 1:21-cv-07203-CBA-JRC (Dkt. No. 46).

6. I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 9, 2024.

DocuSigned by:

*Todd Targgart*

063458C811F4479...

Todd Targgart

| Case Name | Next Bridge Hydrocarbons, Inc. |
|---|---|
| Ticker | MMTLP |
| Class Period | 12-14-2022 to 03-15-2024 |

| Client Name |
|---|
| Todd Targgart |

| Date of Transaction | Transaction Type | Quantity |
|---|---|---|
| 12/13/2022 | Exchange | 16500 |

DocuSign Envelope ID: FD11B6C0-2D8D-4B0C-AFCC-2747183F5552

# Certification of Plaintiff Pursuant to Federal Securities Laws

I, Steven Martinez, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Next Bridge Hydrocarbons, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury that the foregoing is true and correct. Executed this

Date:    5/12/2024

Name:    Steven Martinez

Signature:    

| Case Name | Next Bridge Hydrocarbons, Inc. |
|---|---|
| Ticker | MMTLP |
| Class Period | 12-14-2022 to 03-15-2024 |

| Client Name |
|---|
| Steven Martinez |

| Date of Transaction | Transaction Type | Quantity |
|---|---|---|
| 12/13/2022 | Exchange | 19108 |

# Certification of Plaintiff Pursuant to Federal Securities Laws

I, Mohammed Limon, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Next Bridge Hydrocarbons, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury that the foregoing is true and correct. Executed this

Date:    5/13/2024


Name:    Mohammed Limon


Signature:    DocuSigned by:

1E716AF2DC4B403...

| Case Name | Next Bridge Hydrocarbons, Inc. |
|---|---|
| Ticker | MMTLP |
| Class Period | 12-14-2022 to 03-15-2024 |

| Client Name |
|---|
| Mohammed Limon |

| Date of Transaction | Transaction Type | Quantity |
|---|---|---|
| 12/13/2022 | Exchange | 30000 |