# EXHIBIT B

| Client Name | |
|---|---|
| Todd Targgart | |
| **§ 11 Loss Calculation** | |
| Total Shares Acquired | 16,500 |
| Total Shares Acquired *(Disregarding Undamaged Shares)* | 16,500 |
| Average per share value at Spin-Off | $8.15 |
| Value of Shares at Acquisition* *(Disregarding Undamaged Shares)* | $ 134,475.00 |
| Close Date | 3/15/2024 |
| Closing Price | $ 00.00 |
| Estimated Value of Shares** | $ 00.00 |
| **Estimated Loss/(Gain)** | **$ 134,475.00** |

| Client Name | Estimated Gain/Loss |
|---|---|
| Todd Targgart | $134,475.00 |
| **TOTAL** | **$134,475.00** |

| Client Name | |
|---|---|
| Mohammed Limon | |
| **§ 11 Loss Calculation** | |
| Total Shares Acquired | 30,000 |
| Total Shares Acquired *(Disregarding Undamaged Shares)* | 30,000 |
| Average per share value at Spin-Off | $8.15 |
| Value of Shares at Acquisition* *(Disregarding Undamaged Shares)* | $ 244,500.00 |
| Close Date | 3/15/2024 |
| Closing Price | $ 00.00 |
| Estimated Value of Shares** | $ 00.00 |
| **Estimated Loss/(Gain)** | **$ 244,500.00** |

| Client Name | Estimated Gain/Loss |
|---|---|
| Mohammed Limon | $244,500.00 |
| **TOTAL** | **$244,500.00** |

| Client Name | |
|---|---|
| Steven Martinez | |
| **§ 11 Loss Calculation** | |
| Total Shares Acquired | 19,108 |
| Total Shares Acquired *(Disregarding Undamaged Shares)* | 19,108 |
| Average per share value at Spin-Off | $8.15 |
| Value of Shares at Acquisition* *(Disregarding Undamaged Shares)* | $ 155,730.20 |
| Close Date | 3/15/2024 |
| Closing Price | $ 00.00 |
| Estimated Value of Shares** | $ 00.00 |
| **Estimated Loss/(Gain)** | **$ 155,730.20** |

| Client Name | Estimated Gain/Loss |
|---|---|
| Steven Martinez | $155,730.20 |
| **TOTAL** | **$155,730.20** |

\* For purposes of this damage calculation, any shares received from the Merger are valued using an average price per share of $8.15 (the average trading prices of MMTLP between October 28, 2022 to December 9, 2022)

\*\* Pursuant to 15 U.S.C. § 77k(e), shares are valued at $0 on the date the initial federal complaint asserting claims under Section 11 - **March 15, 2024**