# EXHIBIT C



*Source:* Levi & Korsinsky, LLP

March 15, 2024 16:36 ET

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Next Bridge Hydrocarbons, Inc. Shareholders and Sets a Lead Plaintiff Deadline of May 14, 2024

NEW YORK, March 15, 2024 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities that acquired shares of Next Bridge Hydrocarbons, Inc. ("NBH" or the "Company") in connection with the Company's spin-off from Meta Materials, Inc. ("Meta Materials") on or around December 14, 2022.** You are hereby notified that the class action lawsuit *Targgart v. Next Bridge Hydrocarbons, Inc., et al.* (Case No. 1:24-cv-01927) has been commenced in the United States District Court for the Eastern District of New York. To get more information **go to:**

https://zlk.com/pslra-1/next-bridge-hydrocarbons-inc-loss-form

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

The complaint alleges that NBH filed a registration statement in connection with its spin-off from Meta Materials that contained false and/or materially misleading statements. The statements at issue concern the value of the Company's oil and gas assets and NBH's transactions with related parties. The complaint alleges that these false and/or materially misleading statements violated the Securities Act of 1933 and, consequently, damaged shareholders who received NBH shares in conjunction with the spin-off.

**If you acquired NBH shares pursuant to the Company's spin-off from Meta Materials, you have until May 14, 2024** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500

Fax: (212) 363-7171
[www.zlk.com](www.zlk.com)