IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **TODD TARGGART, individually and on behalf of all others similarly situated,** | § § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Case No. 4:24-cv-00767-P |
| **NEXT BRIDGE HYDROCARBONS, INC., et al.,** | § § § § | |
| **Defendants.** | § § | |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT WITH PREJUDICE

Defendants Next Bridge Hydrocarbons, Inc., Robert L. Cook, Clifton Dubose, Jr., Joseph DeWoody, Lucas T. Hawkins, Delvina Oelkers, Mia Pitts, Kristin Whitley, and Gregory McCabe (collectively, "Defendants"), by and through their undersigned attorneys, move to dismiss with prejudice Plaintiffs Todd Targgart, Mohammed Limon, and Steven Martinez (collectively, "Plaintiffs")'s Amended Complaint under Federal Rule of Civil Procedure 12(b)(1) and (b)(6).

Under Local Rule 7.1, this motion is supported by a brief and appendix setting forth Defendants' contentions of law, arguments, and authorities, which are filed contemporaneously with this motion. For the reasons set forth in the accompanying brief and appendix, Defendants respectfully request that the Court (1) grant Defendants' Motion to Dismiss Plaintiffs' Amended Complaint WITH PREJUDICE, and (2) grant Defendants such other and further relief, at law and in equity, to which they are justly entitled.

Dated: October 23, 2024

Respectfully submitted,

*/s/ David J. Drez III*
Kristin Cope
State Bar No. 24074072
kcope@omm.com

**O'MELVENY & MYERS LLP**
2501 North Harwood Street, Suite 1700
Dallas, TX 75201-1663
Tel.: (972) 360-1900
Fax: (972) 360-1901

Abby F. Rudzin (*pro hac vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Tel.: (212) 326-2000
Fax: (212) 326-2061
arudzin@omm.com

-and-

David J. Drez III
State Bar No. 24007127
david.drez@wickphillips.com
Paul T. Elkins
State Bar No. 24092383
paul.elkins@wickphillips.com
Colin P. Benton
State Bar No. 24095523
colin.benton@wickphillips.com

**WICK PHILLIPS GOULD & MARTIN LLP**
100 Throckmorton Street, Suite 1500
Fort Worth, Texas 76102
Tel.: (817) 332-7788
Fax: (817) 332-7789

*Attorneys for Defendants Next Bridge Hydrocarbons, Inc., Robert L. Cook, Clifton Dubose, Jr., Joseph DeWoody, Lucas T. Hawkins, Delvina Oelkers, Mia Pitts, Kristin Whitley, and Gregory McCabe*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument was served on all counsel of record on October 23, 2024, through the Court's CM/ECF system.

                                              */s/ David J. Drez III*
                                              David J. Drez III