UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TODD TARGGART, individually and on behalf of all others similarly situated, | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. 4:24-cv-00767-P |
| NEXT BRIDGE HYDROCARBONS, INC., et al., | § § § § | |
| *Defendants.* | § | |

# ORDER

Before the Court is Defendants Next Bridge Hydrocarbons, Inc.'s, Robert L. Cook's, Clifton Dubose, Jr.'s, Joseph DeWoody's, Lucas T. Hawkins's, Delvina Oelkers's, Mia Pitts's, Kristin Whitley's, and Gregory McCabe's ("Defendants") Motion to Dismiss Plaintiffs' Amended Complaint with Prejudice (ECF No. 49) ("Defendants' Motion to Dismiss").

Having considered Defendants' Motion to Dismiss, any response and reply, supporting briefs and appendices, relevant docket entries, and applicable law, the Court finds that Defendants' Motion to Dismiss should be and is hereby **GRANTED**.

Accordingly, all of Plaintiffs' claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED** on this _____ **day of** _____ 2024.