UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **TODD TARGGART, et al.,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 4:24-cv-00767-P |
| | § | |
| **NEXT BRDGE HYDROCARBONS, INC., et al.,** | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT JOHN BRDA'S
## MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Defendant John Brda files this motion to dismiss Plaintiffs' Amended Complaint (ECF No. 41) for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). Pursuant to Local Rule 7.1(d), the grounds for Mr. Brda's motion to dismiss are fully set forth in his contemporaneously filed brief in support of this motion. In short, dismissal is appropriate because (1) Plaintiffs lack statutory standing to bring a claim under Section 12(a)(2) of the Securities Act; (2) Plaintiffs fail to plausibly allege that Mr. Brda is a "statutory seller"; and (3) the one-year statute of limitations bars Plaintiffs' Section 12(a)(2) claim against Mr. Brda.

WHEREFORE, Defendant Brda respectfully requests that the Court dismiss the Section 12(a)(2) claim against him with prejudice and award such other and further relief as the Court deems just and proper.

[*remainder of page intentionally left blank*]

Dated: October 23, 2024.

                                               Respectfully submitted,

/s/ *Jason M. Hopkins*
Jason S. Lewis
  Texas Bar No. 24007551
  jason.lewis@us.dlapiper.com
Jason M. Hopkins
  Texas Bar No. 24059969
  jason.hopkins@us.dlapiper.com
Ryan D. Lantry
  Texas Bar No. 24125130
  ryan.lantry@us.dlapiper.com
**DLA PIPER LLP (US)**
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone: 214.743.4546
Facsimile: 214.743.4545

***ATTORNEYS FOR DEFENDANT JOHN BRDA***

## CERTIFICATE OF SERVICE

I certify that I served the foregoing motion on all counsel of record via the Court's CM/ECF system on October 23, 2024.

/s/ *Jason M. Hopkins*
Jason M. Hopkins