UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **TODD TARGGART, et al.,** | § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 4:24-cv-00767-P |
| **NEXT BRDGE HYDROCARBONS, INC., et al.,** | § § § § | |
| Defendants. | § § | |

## **ORDER**

Before the Court is Defendant John Brda's Motion to Dismiss Plaintiffs' Amended Complaint. Having considered the Motion, response, reply, and the applicable law, the Court **GRANTS** the Motion and dismisses the claim against Mr. Brda with prejudice.

**SO ORDERED** on this _____ day of _____.

_____
JUDGE PRESIDING