UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **TODD TARGGART, et al.,** § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | No. 4:24-cv-00767-P |
| § | |
| **NEXT BRDGE HYDROCARBONS,** § | |
| **INC., et al.,** § | |
| § | |
| Defendants. § | |

**APPENDIX TO DEFENDANT JOHN BRDA'S**
**MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Pursuant to Local Rule 7.1(i) and the Court's specific Local Rule II.C, Defendant John Brda files this appendix to his motion to dismiss Plaintiffs' Amended (ECF No. 41) for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

| Tab | Document Description | Page Nos. |
|---|---|---|
| 1 | *SEC v. John Brda, et ano.*, No. 1:24-cv-004806, ECF No. 1 (S.D.N.Y. June 25, 2024) | App.001–48 |
| 2 | *Maltagilati v. Meta Materials Inc., et al.*, No. 1:21-cv-07203, ECF No. 1 (E.D.N.Y. Jan. 3, 2022) | App.049–80 |
| 3 | *McMillan v. Meta Materials Inc., et al.*, No. 1:22-cv-00463, ECF No. 1 (E.D.N.Y. Jan. 26, 2022) | App.081–112 |
| 4 | *Maltagilati v. Meta Materials Inc., et al.*, No. 1:21-cv-07203, ECF No. 43 (E.D.N.Y. July 15, 2022) | App.113–17 |
| 5 | *Maltagilati v. Meta Materials Inc., et al.*, No. 1:21-cv-07203, ECF No. 46 (E.D.N.Y. Aug. 29, 2022) | App.118–236 |
| 6 | Meta Materials Inc. Form 10-Q for quarterly period ended March 31, 2023, filed on May 12, 2023 | App.237–301 |
| 7 | Meta Materials Inc. Form 8-K filed on July 25, 2023 | App.302–04 |

Dated: October 23, 2024.

                                          Respectfully submitted,

/s/ *Jason M. Hopkins*
Jason S. Lewis
  Texas Bar No. 24007551
  jason.lewis@us.dlapiper.com
Jason M. Hopkins
  Texas Bar No. 24059969
  jason.hopkins@us.dlapiper.com
Ryan D. Lantry
  Texas Bar No. 24125130
  ryan.lantry@us.dlapiper.com
**DLA PIPER LLP (US)**
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone: 214.743.4546
Facsimile: 214.743.4545

***ATTORNEYS FOR DEFENDANT JOHN BRDA***

## CERTIFICATE OF SERVICE

I certify that I served the foregoing document on all counsel of record via the Court's CM/ECF system on October 23, 2024.

/s/ *Jason M. Hopkins*
Jason M. Hopkins