UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**TODD TARGGART,**

   Plaintiff,

v.                                       No. 4:24-cv-00767-P

**NEXT BRIDGE HYDROCARBONS, INC., ET AL.,**

   Defendants.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order on this same day, this case is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **3rd day of July 2025.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE