# EXHIBIT A

| | SEC's June 25, 2024 Complaint | Plaintiffs September 9, 2024 Complaint |
|---|---|---|
| 1 | "In a June 2020 email, Brda wrote that 'the short position' in Torchlight stock 'is quite extensive.' In that same email, Brda expressed his belief that, through certain steps that he proposed (as discussed below), Torchlight's 'short position . . . will be forced to cover,' which could trigger a short squeeze. A 'short squeeze' refers to the pressure on short sellers to cover their positions as a result of share price increases or difficulty in borrowing the security that the sellers are short. A rush by short sellers to cover their positions produces additional upward pressure on the price of the stock, which then can cause an even greater squeeze." ¶ 24.<br><br>"A 'short seller' sells stock that the short seller does not own (or that the short seller will borrow for delivery) with the goal of repurchasing it or "covering" it later at a lower price." ¶ 24 n.3. | "Brda's promotional actions began in or around June 2020 as part of a larger plan to combat short-sellers of Torchlight's stock. A 'short seller' sells stock that the short seller does not own (or that the short seller will borrow for delivery) with the goal of repurchasing it or 'covering' it later at a lower price. In a June 2020 email, Brda wrote that 'the short position' in Torchlight stock 'is quite extensive.' In that same email, Brda expressed his belief that, through certain steps that he proposed (as discussed below), Torchlight's "short position . . . will be forced to cover," which could trigger a short squeeze. A 'short squeeze' refers to the pressure on short sellers to cover their positions as a result of share price increases or difficulty in borrowing the security that the sellers are short. A rush by short sellers to cover their positions produces additional upward pressure on the price of the stock, which then can cause an even greater squeeze." ¶ 121. |
| 2 | "Brda began developing the following plan:<br>• Find a merger partner who desired Torchlight's Nasdaq listing but not its oil and gas leases;<br>• As part of the merger structure, issue a dividend—in the form of preferred stock issued to Torchlight stockholders of record at closing—that Torchlight would not register or make available for immediate trading on any exchange (i.e., the "Preferred Dividend," defined in paragraph 3 above), ostensibly to allocate proceeds from the sale of Torchlight's oil and gas assets to legacy Torchlight shareholders;<br>• Market and promote the Preferred Dividend to spread the narrative to select investors that short sellers would not be able to obtain the Preferred Dividend, thus pressuring | Brda intended to effect the 'short squeeze' as follows:<br>(i) find a merger partner who desired Torchlight's Nasdaq listing but not its oil and gas leases;<br>(ii) As part of the merger structure, issue a dividend—in the form of preferred stock issued to Torchlight stockholders of record at closing—to allocate proceeds from the sale of Torchlight's O&G Assets to legacy Torchlight shareholders;<br>(iii) market and promote the preferred stock to spread the narrative to select investors that short sellers would not be able to obtain the preferred stock, thus pressuring short sellers to close their positions, leading investors to believe a short squeeze would occur, and artificially inflating the price of Torchlight common stock on a temporary basis; |

| | SEC's June 25, 2024 Complaint | Plaintiffs September 9, 2024 Complaint |
|---|---|---|
| | short sellers to close their positions, leading investors to believe a short squeeze would occur, and artificially inflating the price of Torchlight common stock on a temporary basis;<br>• Capitalize on Torchlight's inflated common stock price by, among other things, raising capital through an ATM Offering; and<br>• Use capital raised through the ATM Offering to drill wells required to maintain Torchlight's oil and gas leases."<br>¶ 25. | (iv) capitalize on Torchlight's inflated common stock price by, among other things, raising capital through an at-the-market offering; and<br>(v) use capital raised through the offering to drill wells required to maintain Torchlight's oil and gas leases." ¶ 122. |
| 3 | "Brda: (1) conceived, designed, and structured the Preferred Dividend in a manner that he intended to increase Torchlight's stock price by forcing shorts to cover; (2) as a member of Torchlight's Board, voted to authorize the transactions and other corporate matters necessary for Torchlight to issue the Preferred Dividend pursuant to his design; (3) proposed the merger and Preferred Dividend to Meta I and then negotiated and secured Meta I's consent to the same; and (4) approved Torchlight's proxy statements, press releases, and public filings in furtherance of proposing the Preferred Dividend to shareholders, soliciting and obtaining shareholder approval." ¶ 30. | "Brda: (i) structured the preferred stock in a manner that would increase Torchlight's stock price by forcing shorts to cover; (2) as a member of Torchlight's Board, voted to authorize the transactions and other corporate matters necessary for Torchlight to issue the preferred stock; (3) proposed the merger and preferred stock to Metamaterial and then negotiated and secured Metamaterial's consent to the same; and (4) approved Torchlight's proxy statements, press releases, and public filings in furtherance of proposing the preferred stock to shareholders, and soliciting and obtaining shareholder approval." ¶ 124. |
| 4 | "The design and structure of the Preferred Dividend that Brda devised, proposed, and negotiated with Meta I included as follows. First, the Preferred Dividend would provide holders of Torchlight common stock one share of preferred stock, purportedly entitling its owner to receive the net proceeds of the sale of Torchlight's remaining oil and gas assets. Second, only the owners of record of Torchlight stock, as of a designated record date (the 'Record Date'), would be entitled to receive the Preferred Dividend. Third, after its issuance, the Preferred Dividend would purportedly not be | "Brda designed and structured the preferred stock as follows. First, Brda implemented a dividend that would be issued upon the completion of Torchlight's merger with Metamaterial that would provide holders of Torchlight common stock one share of preferred stock, thereby entitling its owner to receive the net proceeds of the sale of Torchlight's O&G Assets. Second, only the owners of record of Torchlight stock, as of a designated record date, would be entitled to receive the dividend. Third, after its issuance, the dividend would purportedly not be registered or made available for |

| | SEC's June 25, 2024 Complaint | Plaintiffs September 9, 2024 Complaint |
|---|---|---|
| | registered or made available for trading on any exchange. . . . By this design, Brda intended to cause a short squeeze because of the difficulty he believed short sellers would have in obtaining and delivering the Preferred Dividend (along with the borrowed Torchlight stock) to lenders in the future." ¶ 31. | trading on any exchange. By this design, Brda intended to cause a short squeeze because of the difficulty he believed short sellers would have in obtaining and delivering Torchlight stock when closing their short positions." ¶ 125 |
| 5 | "By at least June 2020, Brda had conceived of and begun planning the Preferred Dividend with the intent of causing a short squeeze. In June 2020, for example, he wrote to the Chairman of Torchlight's Board of Directors and its primary investment banker: '[b]y issuing a Pref to [Torchlight] shareholders of record at closing, and announcing it as part of the [merger agreement], the short position which is quite extensive will be forced to cover.'" ¶ 32. | "By June 2020, Brda had begun planning the dividend to create a short squeeze. In June 2020, for example, he wrote to Defendant McCabe, who was the Chairman of Torchlight's Board of Directors, '[b]y issuing a Pref to [Torchlight] shareholders of record at closing, and announcing it as part of the [merger agreement], the short position which is quite extensive will be forced to cover.'" ¶ 126. |
| 6 | "In September 2020, Brda proposed the Preferred Dividend to Meta I and secured Meta I's initial consent via a letter-of-intent that Torchlight and Meta I announced on September 21, 2020. He subsequently negotiated and secured Meta I's consent via a definitive agreement that included the Preferred Dividend, which both companies announced on December 14, 2020." ¶ 33.<br><br>"In Brda's initial presentation to Meta I's Board of Directors in September 2020—which Palikaras knew about and helped convey to Meta I's Board—Brda presented his plan to emphasize the Preferred Dividend by using merger announcement press releases to '[p]lay up the [preferred share] dividend to make sure the shorts understand their dilemma.'" ¶ 35. | "In September 2020, Brda proposed the dividend to Metamaterial and secured Metamaterial's initial consent via a letter-of-intent that Torchlight and Metamaterial announced on September 21, 2020. Brda secured Metamaterial's consent through a presentation to Metamaterial's Board of Directors in September 2020 in which he presented his plan to emphasize the preferred dividend by using merger announcement press releases to '[p]lay up the [preferred share] dividend to make sure the shorts understand their dilemma.' Brda used the September 21, 2020 announcement to highlight and emphasize the dividend and preferred stock that would be issued in connection with the closing of the merger." ¶ 127. |
| 7 | For example, on September 21, 2020, Brda forwarded to two consultants Torchlight's press release announcing the merger and Preferred Dividend. As reflected in the below exchange, Brda instructed the consultants on how they should message the Preferred Dividend to investors: | Brda further promoted the preferred stock when, for example, on September 21, 2020, Brda forwarded to two consultants Torchlight's press release announcing the merger and preferred dividend. Brda referred to these consultants in conversations with Palikaras as his 'guys on |

| | SEC's June 25, 2024 Complaint | Plaintiffs September 9, 2024 Complaint |
|---|---|---|
| | Brda: We need your guys to embrace it. IMO, you get the [Torchlight] value up to $1 and then the 25% of META is free. Lots of room to build a nice position.<br>Consultant: Agreed, Everyone I've spoke [sic] to today love it and are buying more and are long term investors! TONS of volume but not moving up?<br>Brda: I think people don't understand the dividend properly.<br>Consultant: I agree, I'm explaining it and I can hear the light come on while I'm talking to people.<br>¶ 56. | stock support.' Brda caused Torchlight to pay the stock-support consultants $3,000 to $5,000 per month plus stock warrants for their services. As reflected in the below exchange, Brda instructed the consultants on how they should message the dividend to investors:<br>Brda: We need your guys to embrace it. IMO, you get the [Torchlight] value up to $1 and then the 25% of META is free. Lots of room to build a nice position.<br>Consultant: Agreed, Everyone I've spoke [sic] to today love it and are buying more and are long term investors! TONS of volume but not moving up?<br>Brda: I think people don't understand the dividend properly.<br>Consultant: I agree, I'm explaining it and I can hear the light come on while I'm talking to people."<br>¶ 128. |
| 8 | "[B]eginning in December 2020, Brda circulated to Torchlight's Chairman and other insiders presentations outlining capital formation plans for a spin-off entity." ¶ 78.<br><br>Similarly, Torchlight's December 14, 2020 press release—which Brda participated in drafting and was attached to Torchlight's December 14, 2020 Form 8-K that Brda signed—announced Meta I and Torchlight's definitive agreement to merge and highlighted in its title: 'Preferred Stock Dividend to be Issued to Torchlight Shareholders Prior to Closing.'" ¶ 54. | "Beginning in December 2020, Brda circulated to McCabe, who was Torchlight's Chairman at the time, presentations outlining capital formation plans for a spin-off entity, *i.e.*, NBH. At the same time, Brda continued issuing additional press releases emphasizing the dividend and preferred stock, including but not limited to an announcement dated December 14, 2020, highlighting in its title: 'Preferred Stock Dividend to be Issued to Torchlight Shareholders Prior to Closing.'" ¶ 129. |
| 9 | Brda knowingly or severely recklessly failed to disclose that, starting in January 2021, he caused Torchlight to begin secretly paying $20,000 a month to individuals who would form the initial management team of the Spin-Off Entity. To conceal his plans, Brda caused Torchlight to make these monthly payments through an intermediary who | "Starting in January 2021, Brda caused Torchlight to begin secretly paying $20,000 a month to individuals who would form the initial management team of the spin-off entity, *i.e.*, NBH. Brda caused Torchlight to make these monthly payments through an intermediary who received 'consulting fees' for doing no actual work. Brda did not |

| | SEC's June 25, 2024 Complaint | Plaintiffs September 9, 2024 Complaint |
|---|---|---|
| | received 'consulting fees' for doing no actual work. . . . Brda did not publicly disclose these payments or his fully-formed spin-off plans before the merger closing." ¶ 79.<br><br>"Brda emailed . . .: '[w]e all knew [the shorts] would come after us one more time. They are creating a massive bubble, IMO, that is going to slingshot in our favor. The dividend is going to be a huge problem for them.' Through these and other communications, Brda prompted Torchlight's consultants to explain the Preferred Dividend and its impact on short sellers to investors." ¶ 57. | publicly disclose these payments or his plans for the spin-off entity. At the same time, Brda continued promoting the preferred stock by inter alia emailing information about the outstanding short position in Torchlight to the stock support consultants and wrote: '[w]e all knew [the shorts] would come after us one more time. They are creating a massive bubble, IMO, that is going to slingshot in our favor. The dividend is going to be a huge problem for them.' Through these and other communications, Brda prompted Torchlight's consultants to explain the preferred dividend and its impact on short sellers to investors." ¶ 130. |
| 10 | "Brda and Palikaras also deceptively had direct communications with select groups of investors where they further played up the short squeeze in furtherance of their scheme. For example, from March 16-18, 2021, Brda and Palikaras met with a series of institutional investors as part of an investment bank's virtual Annual Investor Conference. During these meetings, Brda and Palikaras pitched the justification for the merger and described to at least one investment firm the potential for the Preferred Dividend to cause a short squeeze. A note-taker at the conference also recorded Brda telling an investment firm on March 17, 2021: '15 things driving our stock price, last thing before closing, is a short position, is hard to deliver dividend if short on closing.' Through these private communications, Defendants intended to drive interest with these investors in the merger and in buying or retaining Torchlight stock, without publicly disclosing their plan or belief that a short squeeze would occur." ¶¶ 59–60. | "Brda also had direct communications with select groups of investors where he further promoted the dividend and preferred stock. For example, from March 16-18, 2021, Brda and Palikaras met with a series of institutional investors as part of an investment bank's virtual Annual Investor Conference. During these meetings, Brda and Palikaras pitched the justification for the merger and described to at least one investment firm the potential for the Preferred Dividend to cause a short squeeze. A note-taker at the conference also recorded Brda telling an investment firm on March 17, 2021: '15 things driving our stock price, last thing before closing, is a short position, is hard to deliver dividend if short on closing.' Through these private communications, Defendants intended to drive interest with these investors in the merger and in buying or retaining Torchlight stock, without publicly disclosing their plan or belief that a short squeeze would occur." ¶ 131 |
| 11 | "Brda also caused Torchlight to propose and solicit shareholder approval for his intended structure of the Preferred Dividend. This includes, but is not limited to, the shareholder approval that Brda solicited via | "Brda also solicited shareholder approval for the preferred dividend and, in turn, the spin-off entity through Torchlight's preliminary and definitive proxy statements |

| | SEC's June 25, 2024 Complaint | Plaintiffs September 9, 2024 Complaint |
|---|---|---|
| | Torchlight's definitive proxy statement dated May 7, 2021—which Brda approved—and Torchlight's preliminary proxy statements—which Brda approved—on February 4, 2021, March 23, 2021, and April 21, 2021." ¶ 34. | dated February 4, March 23, April 21, and May 7, 2021." ¶ 132. |
| 12 | "For instance, on June 7, 2021—one week before Torchlight announced the Preferred Dividend Record Date (as defined in paragraph 31 above)—Brda posted on Torchlight's Twitter account a video discussing short squeezes in the context of other stocks. After viewing the tweet, Palikaras texted Brda, advising caution: 'I don't think you should be sharing posts on the short squeeze . . . yet. Just my two cents. Once it happens that's ok as it is fact, but before you are putting yourself at risk for potentially speculative content.'" ¶ 63. | "Brda also used social media to promote the preferred stock. For example, on June 7, 2021, Brda posted on Torchlight's Twitter account a video discussing short squeezes in the context of other stocks. After viewing the tweet, Palikaras texted Brda, advising caution: 'I don't think you should be sharing posts on the short squeeze . . . yet. Just my two cents. Once it happens that's ok as it is fact, but before you are putting yourself at risk for potentially speculative content.'" ¶ 133. |
| 13 | "On June 14, 2021, Brda sent Palikaras an image of an online campaign promoting the short squeeze theory using the hashtag '#TORCHDAY.' An anonymous user created a graphic that conveyed the precise message that Defendants privately hoped to spread: 'Post and educate people about our short squeeze . . . #TORCHDAY' and 'Post and educate people about our dividend ranging from $1 - $20 (deadline 06/22).' The graphic went on to explain "[Torchlight] is a heavily shorted stock, and due to the fact a preferred share dividend is being granted to stockholders SHORTS HAVE TO COVER which can lead to a short squeeze of the stock." ¶ 92.<br><br>"As Defendants intended, users on Twitter, Stocktwits, YouTube, Reddit, and other social media platforms discussed the merger, the Preferred Dividend, and the short squeeze in the days leading up to the merger and Record Date." ¶ 91. | "On June 14, 2021, Torchlight issued a press release announcing the record date for the preferred dividend, i.e., June 24, 2021. As Brda intended, users on Twitter, Stocktwits, YouTube, Reddit, and other social media platforms discussed the merger, the dividend, and the short squeeze in the days leading up to the record date. On June 14, 2021, Brda sent Palikaras an image of an online campaign promoting the short squeeze theory using the hashtag '#TORCHDAY.' An anonymous user created a graphic that conveyed the precise message that Brda privately hoped to spread: 'Post and educate people about our short squeeze . . . #TORCHDAY' and 'Post and educate people about our dividend ranging from $1 - $20 (deadline 06/22).' The graphic went on to explain '[Torchlight] is a heavily shorted stock, and due to the fact a preferred share dividend is being granted to stockholders SHORTS HAVE TO COVER which can lead to a short squeeze of the stock.'" ¶ 134. |
| 14 | "Social media users posted the hashtag and versions of the graphic dozens of times over a few days around June 14-16, 2021. And | "Social media users posted the hashtag and versions of the graphic dozens of times over a few days around June 14-16, 2021. And |

| | SEC's June 25, 2024 Complaint | Plaintiffs September 9, 2024 Complaint |
|---|---|---|
| | users on many other social-media platforms picked up on the basic gist of the scheme to promote purchasing Torchlight common stock to benefit from the supposed short squeeze by June 22 (the T+2 Date), using other hashtags, subreddits, and iterations discussing the Preferred Dividend, the Record Date, the expected $1– $20 dividend, and the short squeeze." ¶ 93. | users on many other social-media platforms picked up on the basic gist of the scheme to promote purchasing Torchlight common stock to benefit from the supposed short squeeze by June 22 (the T+2 Date), using other hashtags, subreddits, and iterations discussing the record date, the expected $1-$20 dividend, and the short squeeze." ¶ 135. |
| 15 | "The trading volume of Torchlight stock dramatically surged as the merger approached. In May 2021, the average trading volume was 5 million shares per day. But, between the announcement of the Record Date on June 14, 2021 and the T+2 Date (June 22, 2021), the average trading volume exceeded 80 million shares per day." ¶ 94. | "The trading volume of Torchlight stock dramatically surged as the merger approached. In May 2021, the average trading volume was 5 million shares per day. But, between the announcement of the record date on June 14, 2021 and the T+2 Date (June 22, 2021), the average trading volume exceeded 80 million shares per day." ¶ 136. |
| 16 | "Likewise, following the announcement of the Record Date on June 14, 2021, the price of Torchlight stock surged. The price at closing jumped from $3.58 per share on June 14 to $5.07 per share on June 15 to $5.99 per share on June 16. Torchlight stock price peaked at $10.88 per share on June 21—an increase of over 200% from its price at closing on June 14." ¶ 95. | "Likewise, following the announcement of the record date on June 14, 2021, the price of Torchlight stock surged. The price at closing jumped from $3.58 per share on June 14 to $5.07 per share on June 15 to $5.99 per share on June 16. Torchlight stock price peaked at $10.88 per share on June 21—an increase of over 200% from its price at closing on June 14." ¶ 137. |
| 17 | "Brda caused Torchlight, through an investment bank, to commence the ATM Offering starting on June 18, 2021 . . . On June 18, 2021—after the ATM Offering had commenced—Brda wrote Palikaras: '[w]e need to be selling more than we are, the shorts always push down at the end of the day . . . We have two days to take advantage of the squeeze, today should have been a 5 million share day at 6[.]'" ¶¶ 103–04. | "Brda caused Torchlight, through an investment bank, to commence an at-the market offering starting on June 18, 2021. On June 18, 2021—after the offering had commenced—Brda wrote Palikaras: '[w]e need to be selling more than we are, the shorts always push down at the end of the day . . . We have two days to take advantage of the squeeze, today should have been a 5 million share day at 6[.]'" ¶ 138. |
| 18 | "Torchlight, through an investment bank, conducted the ATM Offering over a five-day period between Friday, June 18, 2021, and Thursday, June 24, 2021. In the middle of that offering period, on June 21, 2021, Torchlight's stock price reached a record high of $10.88 per share and closed at $9.92 per share. Overall, Torchlight sold 16.2 | "Torchlight, through an investment bank, conducted the offering over a five-day period between Friday, June 18, 2021, and Thursday, June 24, 2021. In the middle of that offering period, on June 21, 2021, Torchlight's stock price reached a record high of $10.88 per share and closed at $9.92 per share. Overall, Torchlight sold 16.2 |

| | SEC's June 25, 2024 Complaint | Plaintiffs September 9, 2024 Complaint |
|---|---|---|
| | million shares during the ATM Offering at an average price of $8.50 per share. Over 95% of that volume was sold prior to the T+2 Date. In total, Torchlight raised $137.5 million through the ATM Offering." ¶ 106. | million shares during the offering at an average price of $8.50 per share. Over 95% of that volume was sold prior to the T+2 Date. In total, Torchlight raised $137.5 million through the offering." ¶ 139. |
| 19 | "By August 2021—just six weeks after the merger closed—Brda sent the post-merger Meta II Board a fully-formed plan to abandon all of its so-called "efforts" to sell the assets and, instead, to spin off the assets into the Spin-Off Entity—which had the same name as the Spin-Off Entity that Brda identified in his presentation to Torchlight's board back in December 2020—with a specific management team that Brda and Torchlight had been paying clandestinely through an intermediary since January 2021." ¶ 80. | "By August 2021, approximately six after Torchlight merged with Metamaterial, Brda sent Meta Materials' Board of Directors a fully-formed plan to spin off the O&G Assets into NBH with a specific management team that Brda and Torchlight had been paying through an intermediary since January 2021." ¶140. |
| 20 | Brda profited directly from his promotional actions. On June 24, 2021, immediately after the ATM Offering and one day before the merger closed, Brda urged Torchlight's Compensation Committee to award him a $1.5 million bonus. He presented the Committee with a 'Top Ten + 2 Reasons to Pay Bonus to John Brda,' which touted his achievements in conceiving and executing the Torchlight-Metamaterial merger. He specifically pointed out that he '[m]anaged the entire merger process with [Metamaterial] leading to a market cap increase from $30 million to nearly $1.44 billion.' He also wrote that he '[c]onceived the timing of the shareholder meeting with windows to raise additional equity and filing of the shelf S3 for $240 million along with the ATM–raising full amount of $133 million on ATM.' He explained that he '[h]andled all investor calls and fund calls during the process.' For these reasons, Brda requested a 'bonus of $1.5 million in cash.'" ¶ 109. | "On June 24, 2021, immediately after the ATM Offering and one day before the merger closed, Brda urged Torchlight's Compensation Committee to award him a $1.5 million bonus. He presented the Committee with a 'Top Ten + 2 Reasons to Pay Bonus to John Brda,' which touted his achievements in conceiving and executing the Torchlight-Meta I merger. He specifically pointed out that he '[m]anaged the entire merger process with [Meta I] leading to a market cap increase from $30 million to nearly $1.44 billion.' He also wrote that he '[c]onceived the timing of the shareholder meeting with windows to raise additional equity and filing of the shelf S3 for $240 million along with the ATM–raising full amount of $133 million on ATM.' He explained that he '[h]andled all investor calls and fund calls during the process.' For these reasons, Brda requested a 'bonus of $1.5 million in cash.'" ¶ 141. |
| 21 | "Meta II paid Brda the $1.5 million bonus in two $750,000 increments—half before closing on June 25, 2021, and the other half after the merger closed." ¶ 110. | "Meta Materials paid Brda the $1.5 million bonus in two $750,000 increments—half before closing on June 25, 2021, and the other half after the merger closed." ¶ 142. |

| | SEC's June 25, 2024 Complaint | Plaintiffs September 9, 2024 Complaint |
|---|---|---|
| 22 | "Brda received his $1.5 million bonus as a result of the funds he raised through his market manipulation scheme and his false and misleading statements and omissions. Had he not engaged in this fraudulent scheme, he would not have received the bonus. Indeed, to his request to the Compensation Committee, Brda attached a spreadsheet reflecting Torchlight's remaining obligations, which makes clear that the company would not have sufficient funds to pay a $1.5 million bonus or its existing obligations, but for the proceeds of the ATM Offering." ¶ 111. | "Brda received his $1.5 million bonus as a result of the funds he raised through his promotional actions. Had he not promoted NBH, he would not have received the bonus. Indeed, to his request to the Compensation Committee, Brda attached a spreadsheet reflecting Torchlight's remaining obligations, which makes clear that the company would not have sufficient funds to pay a $1.5 million bonus or its existing obligations, but for the proceeds of the ATM Offering." ¶ 143. |