**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **TODD TARGGART, et al.,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | **No. 4:24-cv-00767-P** |
| | § | |
| **NEXT BRDGE HYDROCARBONS, INC., et al.,** | § | |
| | § | |
| | § | |
| Defendants. | § | |

**_CORRECTED_ APPENDIX TO DEFENDANT JOHN BRDA'S**
**RENEWED MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Pursuant to Local Rule 7.1(i) and the Court's specific Local Rule II.C, Defendant John Brda files this appendix to his renewed motion to dismiss Plaintiffs' Amended Complaint (ECF No. 82) for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

| **Tab** | **Document Description** | **Page Nos.** |
|---|---|---|
| 1 | *SEC v. John Brda, et ano.*, No. 1:24-cv-004806, ECF No. 1 (S.D.N.Y. June 25, 2024) | App.001–48 |
| 2 | *Maltagilati v. Meta Materials Inc., et al.*, No. 1:21-cv-07203, ECF No. 1 (E.D.N.Y. Jan. 3, 2022) | App.049–80 |
| 3 | *McMillan v. Meta Materials Inc., et al.*, No. 1:22-cv-00463, ECF No. 1 (E.D.N.Y. Jan. 26, 2022) | App.081–112 |
| 4 | *Maltagilati v. Meta Materials Inc., et al.*, No. 1:21-cv-07203, ECF No. 43 (E.D.N.Y. July 15, 2022) | App.113–17 |
| 5 | *Maltagilati v. Meta Materials Inc., et al.*, No. 1:21-cv-07203, ECF No. 46 (E.D.N.Y. Aug. 29, 2022) | App.118–236 |
| 6 | Meta Materials Inc. Form 10-Q for quarterly period ended March 31, 2023, filed on May 12, 2023 | App.237–301 |
| 7 | Meta Materials Inc. Form 8-K filed on July 25, 2023 | App.302–04 |

Dated: September 9, 2026.

Respectfully submitted,

/s/ *Jason S. Lewis*

Jason S. Lewis
Texas Bar No. 24007551
jason.lewis@us.dlapiper.com
Ryan D. Lantry
Texas Bar No. 24125130
ryan.lantry@us.dlapiper.com
**DLA PIPER LLP (US)**
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone: 214.743.4546
Facsimile: 214.743.4545

***ATTORNEYS FOR DEFENDANT JOHN BRDA***

## CERTIFICATE OF SERVICE

I certify that I served the foregoing document on all counsel of record via the Court's CM/ECF system on September 9, 2026.

/s/ *Jason S. Lewis*
Jason S. Lewis